UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CASE NO.: 1:22-cv-00789-RP

WEARABLE SHOE TREE, LLC,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS 279 AND 316

Plaintiff WEARABLE SHOE TREE, LLC, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as against the following Defendants:

    a. Top Store (Defendant No. 279 on Schedule "A"); and

    b. Aroma360 (Defendant No. 316 on Schedule "A").

Dated:  November 3, 2022        Respectfully submitted,

    */s/ Layla T. Nguyen*
    LAYLA T. NGUYEN
    layla.nguyen@sriplaw.com
    JOEL B. ROTHMAN
    joel.rothman@sriplaw.com
    **SRIPLAW**
    21301 Powerline Road, Suite 100
    Boca Raton, FL  33433
    561.404.4350 – Telephone
    561.404.4353 – Facsimile

    *Counsel for Plaintiff Wearable Shoe Tree, Llc*