UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CASE NO.: 1:22-cv-00789-RP

| | |
|---|---|
| WEARABLE SHOE TREE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendant. | |

**[proposed] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS 279 AND 316**

On ___, Plaintiff dismissed all claims in this case with prejudice against Defendants:

• Top Store (Defendant No. 279 on Schedule "A"), and

• Aroma360 (Defendant No. 316 on Schedule "A") , (Dkt. __).

Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served answers or motions for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), as revised (May 15, 2015).

2

**IT IS ORDERED** that Plaintiff's claims against Defendant Nos. 160 and 253 are hereby **DISMISSED** with prejudice

SIGNED on _____,2022.

                                      ROBERT PITMAN
                                      UNITED STATES DISTRICT JUDGE