```
                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS
                          AUSTIN DIVISION

WEARABLE SHOE TREE, LLC   ) Docket No. A 22-CA-789 RP
                          )
vs.                       ) Austin, Texas
                          )
HEFEI KENUO TRADING CO.,  )
LTD, ET AL                ) October 7, 2022


           TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING
               BEFORE THE HONORABLE ROBERT L. PITMAN


APPEARANCES:

For the Plaintiff:         Mr. Joel B. Rothman
                           SRIPLAW
                           21301 Powerline Road, Suite 100
                           Boca Raton, Florida 33433

                           Mr. Eliezer Lekht
                           SRIPLAW
                           175 Pear Street, Third Floor
                           Brooklyn, New York 11201



For the Defendant:         (No Appearance)


Court Reporter:            Ms. Lily Iva Reznik, CRR, RMR
                           501 West 5th Street, Suite 4153
                           Austin, Texas 78701
                           (512)391-8792
```

Proceedings reported by computerized stenography, transcript produced by computer-aided transcription.

| | | |
|---|---|---|
| 09:02:03 | 1 | THE CLERK: A 22-CV-789, <u>Wearable Shoe Tree, LLC</u> |
| 09:02:07 | 2 | <u>vs. Hefei Kenuo Trading Company, Limited</u>, and others, for |
| 09:02:11 | 3 | preliminary injunction hearing. |
| 09:02:17 | 4 | MR. ROTHMAN: Good morning, your Honor. |
| 09:02:18 | 5 | Joel Rothman on behalf of the Plaintiff Wearable |
| 09:02:21 | 6 | Shoe Tree. Also with me is my associate, Eliezer Lekht. |
| 09:02:25 | 7 | And present in the courtroom are Hilton Hart, Amy McPeak |
| 09:02:28 | 8 | and Will Fogic (phonetic), who are representatives of this |
| 09:02:33 | 9 | plaintiff and the two others in the case. |
| 09:02:38 | 10 | Good morning and thank you for the time today. |
| 09:02:40 | 11 | THE COURT: Good morning. Thank you. |
| 09:02:42 | 12 | So I guess as to each of these cases as we go |
| 09:02:47 | 13 | along, the following information would be helpful to me, |
| 09:02:49 | 14 | in addition to whatever you need to get on the record, is |
| 09:02:52 | 15 | if you could tell me what defendants have yet to be served |
| 09:02:55 | 16 | and what you plan to do with those; what defendants have |
| 09:02:59 | 17 | been served, but didn't get notice of this hearing, and; |
| 09:03:02 | 18 | third, what defendants, to your knowledge, were served, |
| 09:03:07 | 19 | got notice and are apparently not here today. |
| 09:03:10 | 20 | So if you could include that in your remarks, but |
| 09:03:12 | 21 | other than that, I'll let you make a record however you'd |
| 09:03:15 | 22 | like to. |
| 09:03:15 | 23 | MR. ROTHMAN: Thank you very much, your Honor. |
| 09:03:17 | 24 | Can I argue from counsel table? |
| 09:03:19 | 25 | THE COURT: Sure as long as you're near the |

09:03:21  1   microphone.
09:03:21  2               MR. ROTHMAN:  Sure.  Thank you.
09:03:22  3               So in this case, your Honor, 248 out of 408
09:03:29  4   defendants have been served.  All of the defendants of
09:03:32  5   those defendants have also been served with notice to
09:03:36  6   appear at today's hearing.  The reason why we haven't
09:03:43  7   served all or almost all of the defendants is, we're still
09:03:48  8   awaiting information on their true identities, e-mail
09:03:53  9   addresses from several of the marketplaces, most
09:03:58  10  particularly Alibaba, which typically takes two to three
09:04:02  11  weeks to produce the information to us, and we're still
09:04:06  12  waiting for those.
09:04:09  13              There's another -- so that accounts for about 132
09:04:13  14  defendants and then, there's another 31 that also are
09:04:18  15  awaiting information.  Not Alibaba-related but some other
09:04:24  16  marketplaces.  What we often find is that as we uncover
09:04:29  17  the information about the defendants, some of them are
09:04:33  18  actually associated with foreign marketplaces like EU
09:04:38  19  versions of Amazon, and so forth.  And so, we typically
09:04:43  20  have problems getting the information because there are
09:04:48  21  GDPR and jurisdictional objections that they raise; and
09:04:51  22  that may very well be what accounts for the other 31
09:04:54  23  defendants.
09:04:54  24              But the majority of the defendants have been
09:04:58  25  served and have been notified of today's hearing and are

```
09:05:04   1   not here in the courtroom.
09:05:05   2             THE COURT:  And I will for the record -- I'll
09:05:09   3   have the record reflect that no one has announced on
09:05:12   4   behalf of any of the defendants in the case.
09:05:14   5             MR. ROTHMAN:  Okay.  Thank you, your Honor.
09:05:16   6             So based on the motion for preliminary injunction
09:05:22   7   and the declarations filed in support, we'd ask for your
09:05:29   8   Honor to enter preliminary injunction in this case as to
09:05:32   9   those defendants that have been served.  We have filed
09:05:36  10   certificates of service, so the docket will reflect which
09:05:40  11   specific defendants would be subject to the preliminary
09:05:43  12   injunction we're asking for.
09:05:46  13             We believe that the material submitted, the
09:05:52  14   evidentiary material demonstrates a probability of success
09:05:55  15   on the merits; that the entry of an injunction will serve
09:06:01  16   the plaintiffs' current irreparable injury that they're
09:06:06  17   suffering; that balance of hardship tips in plaintiffs'
09:06:10  18   favor; and that the relief here serves the public
09:06:14  19   interest.  And we've provided your Honor with argument and
09:06:17  20   citations in the record to all of that.
09:06:22  21             If there is something specific in those four
09:06:28  22   factors that your Honor wishes us to proceed with more
09:06:31  23   detail on, we can.  But I think the record here is very
09:06:34  24   clear that there is support for the entry of the
09:06:39  25   preliminary injunction.
```

```
09:06:42   1              Just to preview the future for your Honor, in
09:06:49   2   this case, we intend to move very quickly to obtain a
09:06:56   3   clerk's default against those defendants who have not
09:07:00   4   entered appearances.  We intend, thereafter, to move for
09:07:04   5   the entry of a final default judgment and permanent
09:07:09   6   injunction as to those who have not appeared and who the
09:07:14   7   clerk has defaulted so that we can proceed with this case
09:07:19   8   to judgment and permanent injunction as quickly as
09:07:23   9   possible.
09:07:27  10              We understand that we don't want these cases
09:07:29  11   lingering on your Honor's docket, and we'd like to bring
09:07:32  12   them to conclusion as quickly as we can.
09:07:34  13              THE COURT:  Okay.  I have not checked.  Have you
09:07:38  14   submitted a proposed order that lists the specific
09:07:45  15   defendants for which you're requesting relief today?
09:07:49  16              MR. ROTHMAN:  We have given to your Honor's law
09:07:52  17   clerk a -- proposed orders for this case and for the other
09:07:57  18   two cases in Word format -- PDF format.  I don't remember
09:08:02  19   off top of my head right now if it identifies specifically
09:08:06  20   all the defendants by number, but I will certainly follow
09:08:10  21   up today and make sure that we transmit a revised version
09:08:16  22   of it if it doesn't because it should reflect that.  Yes.
09:08:18  23              THE COURT:  That'd be great because we want to
09:08:20  24   make sure that we're not relying on our review of the
09:08:22  25   docket and that you have sufficiently reviewed the docket
```

1  and the paperwork in the case so that you were enjoining
2  the correct defendants.
3            MR. ROTHMAN: Right. I'll also mention to your
4  Honor that this case is in a much earlier stage than the
5  other two. We have already begun to negotiate
6  resolutions. We're preparing very soon to submit
7  dismissals. So one of the things that might be helpful
8  is, we'll go back and reconcile those so that we're not
9  asking your Honor to enter an injunction against those
10 that we've settled with and so that it's clear from that
11 point of view.
12           THE COURT: That'd be great. And just going
13 forward, anything that would require us to go through and
14 confirm anything through the docket with this number of
15 defendants, that's virtually impossible for us. And so,
16 I'm going to be depending largely on you doing a due
17 diligence and making sure that you've reviewed information
18 just as you've just suggested to make sure that the right
19 parties are in the right orders.
20           MR. ROTHMAN: Right. No question, your Honor.
21 There's a need and a demand to be highly organized with
22 these cases and we understand it. And we appreciate the
23 difficulty that the Court would be in if we were not in a
24 position to be able to provide your Honor with precise
25 information.

```
09:09:48   1              THE COURT:  Great.  The only other thing I had as
09:09:50   2   to this than the other cases is that something that is
09:09:54   3   arising, and I fear may arise with more frequency, is
09:09:58   4   defendants who are expressing concern about the amount of
09:10:05   5   bond that you're seeking.  And I just don't want to
09:10:10   6   continue to have to deal with that as frequently as we
09:10:14   7   might.
09:10:15   8              And so, have you thought about either adjusting
09:10:20   9   the bond or removing the bond?  Because I don't want
09:10:23  10   dozens of defendants coming in and me having to spend my
09:10:26  11   time on this issue of bond.
09:10:29  12              MR. ROTHMAN:  Yes.  We understand that, your
09:10:31  13   Honor.  You may recall that since this case was filed,
09:10:35  14   about three weeks or so ago, or may have been longer than
09:10:39  15   that since its actual filing, but since your Honor issued
09:10:44  16   the TRO, there were two defendants who raised concerns
09:10:50  17   about the amounts restrained.  We met and conferred with
09:10:56  18   counsel for those defendants, and prior to today's
09:11:01  19   hearing, we filed motions that would release in its
09:11:06  20   entirety or retain only a smaller amount of the money
09:11:11  21   restrained.
09:11:13  22              And in the two situations where there was --
09:11:16  23   there were funds restrained, there were funds restrained
09:11:21  24   in this same amount as the bond posted in support of the
09:11:24  25   TRO.  So we're very sensitive to these issues.  I don't
```

```
09:11:29   1   want to bring these issues before the Court unnecessarily.
09:11:35   2   And so, we're always looking at the equity issues.  These
09:11:43   3   are important issues to our client.  Our client needs the
09:11:48   4   relief and is grateful that the Court provides the relief
09:11:54   5   it does because there are really, at this point, no other
09:11:59   6   avenues available to deal with the scourge of online
09:12:05   7   counterfeiting; but at the same time, we realize that the
09:12:08   8   limit of the Court's jurisdiction and power is such that
09:12:12   9   we have to be conscious to make sure that we're not
09:12:15  10   restraining amounts in excess of that which equity would
09:12:20  11   permit us to.
09:12:21  12           THE COURT:  Sure.  Well, it sounds like you're
09:12:24  13   acting eminently reasonably.  I just want to make sure
09:12:28  14   that you -- and I think you do appreciate what it's -- on
09:12:31  15   this end, trying to keep up with a case like this.
09:12:34  16           MR. ROTHMAN:  Right.
09:12:34  17           THE COURT:  So sounds like you've got it.  But I
09:12:36  18   just wanted to be satisfied of that and I am.
09:12:39  19           MR. ROTHMAN:  Right.  Thank you, your Honor.
09:12:40  20           And, you know, I filed these cases in numerous
09:12:45  21   other districts.  I more frequently file them in the
09:12:49  22   Southern District of Florida, but I file them in the
09:12:51  23   Southern District of California, the Northern District of
09:12:55  24   Illinois, and the Southern District of New York.  So, you
09:12:58  25   know, these are --
```

**THE COURT:** Is it because those are all nice places to visit?

**MR. ROTHMAN:** They are. Not as nice as this place here.

**THE COURT:** Oh, that's terrible. I'm sorry to hear that. We don't want to promote that kind of tourism.

**MR. ROTHMAN:** Well, I'm sorry. And I'll take that into account when we're choosing venue in the future. But we understand and we appreciate that these are issues. I really am quite sincere when I say that but for the federal courts' willingness to accept and adjudicate these cases, clients like this one, the others that are on your docket, and many others, have no recourse right now. It's just an unfortunate situation.

**THE COURT:** Well, and that's what we're here for and I'm happy to serve in that capacity.

**MR. ROTHMAN:** Thank you.

**THE COURT:** Great. Shall we move on to the other cases then.

**MR. ROTHMAN:** Yes, we can. I'm going to let my associate, Mr. Lekht, speak next.

**THE COURT:** Great.

(Proceedings concluded.)

*LILY I. REZNIK, OFFICIAL COURT REPORTER*
*U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)*

```
1                    * * * * * *

2

3   UNITED STATES DISTRICT COURT  )

4   WESTERN DISTRICT OF TEXAS)

5

6      I, LILY I. REZNIK, Certified Realtime Reporter,

7   Registered Merit Reporter, in my capacity as Official

8   Court Reporter of the United States District Court,

9   Western District of Texas, do certify that the foregoing

10  is a correct transcript from the record of proceedings in

11  the above-entitled matter.

12     I certify that the transcript fees and format comply

13  with those prescribed by the Court and Judicial Conference

14  of the United States.

15     WITNESS MY OFFICIAL HAND this the 5th day of November,

16  2022.

17                                    *Lily Iva Reznik*

18                                    ~~~~~~~~~~~~~~~~~~~~~~~~
                                      *LILY I. REZNIK, CRR, RMR*
19                                    *Official Court Reporter*
                                      *United States District Court*
20                                    *Austin Division*
                                      *501 West 5th Street,*
21                                    *Suite 4153*
                                      *Austin, Texas 78701*
22                                    *(512)391-8792*
                                      *SOT Certification No. 4481*
23                                    *Expires:  1-31-23*

24

25
```

*LILY I. REZNIK, OFFICIAL COURT REPORTER*
*U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)*